Louis M. Bubala III, Nev. Bar No. 8974
**KAEMPFER CROWELL**
50 W. Liberty Street, Suite 1100
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

Ashley W. Jordaan, Colo. Bar No. 29563
*Will comply with LR IA 11-2 within 14 days*
Keith Ybanez, Colo. Bar No. 59413
*Will comply with LR IA 11-2 within 14 days*
**HUSCH BLACKWELL LLP**
1801 Wewatta Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 749-7200
Facsimile: (303) 749-7272
Ashley.jordaan@huschblackwell.com
Keith.ybanez@huschblackwell.com

*Attorneys for Defendant Small Mine Development, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW MCNICOL, Individually and On Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SMALL MINE DEVELOPMENT, LLC,<br><br>Defendant. | Case No. 3:25-CV-00372-MMD-CSD<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE OR ANSWER TO COMPLAINT**<br><br>**(First Request)** |

STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE RESPONSE OR ANSWER TO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Small Mine Development, LLC ("SMD") and Plaintiff Andrew McNicol ("Plaintiff") (collectively "the Parties"), hereby stipulate and agree to a 14-day extension of time for SMD to answer or respond to the Complaint as follows:

Plaintiff filed a Complaint and Jury Demand against SMD on July 21, 2025, pursuant to Section 216(b) of the Fair Labor Standards Act ("FLSA") and under Nevada law pursuant to FED. R. CIV. P. 23, alleging that SMD failed to properly pay Plaintiff and other similarly situated employees for all hours worked and at the proper overtime rate. (Dkt. 1). On August 4, 2025, Plaintiff served SMD with the Complaint and Summons.

Pursuant to Fed. R. Civ. P. 12(a), the deadline for SMD to respond to Plaintiff's Complaint is currently set for August 25, 2025.

SMD respectfully requests an extension of time of 14 days, up to and including September 8, 2025, to respond to Plaintiff's Complaint. Counsel for SMD conferred with Plaintiff's counsel regarding an issue in the allegations of the Complaint for which it had grounds to file a motion for transfer, or in the alternative, dismissal. The Parties have reached a mutual agreement on said issue and Plaintiff will file an amended complaint. Granting SMD an extension of time will avoid unnecessary and moot filings and will promote the just, speedy, and inexpensive determination of this action.

The Parties agree to allow SMD's extension of time within which to answer or otherwise respond to the Complaint. To file an answer or otherwise respond to the Complaint, SMD shall have an additional 14 days, through September 8, 2025.

This first request for an extension of time to respond to the Complaint is in the spirit of efficiency for both the Parties and the Court.

///
///
///
///
///

This motion is made in good faith and not for the purposes of vexation or delay and will not prejudice any party to this lawsuit.

The Parties submit this Stipulation in good faith and not for any improper purpose.

Dated this 25th day of August, 2025.

| | |
|---|---|
| **KAEMPFER CROWELL** | **RODRIGUEZ LAW OFFICES, P.C.** |
| /s/Louis M. Bubala III | /s/ Esther C. Rodriguez |
| Louis M. Bubala III | Esther C. Rodriguez |
| -and- | Nevada State Bar No. 006473 |
| **HUSCH BLACKWELL LLP** | -and- |
| Ashley W. Jordaan (*Pro Hac Vice Application Forthcoming*) | **JOSEPHSON DUNLAP LLP** |
| Keith Ybanez (*Pro Hac Vice Application Forthcoming*) | Travis J. Grefenstette |
| | Texas State Bar No. 24120866 |
| | (*Pro hac vice pending*) |
| *Attorneys for Defendant Small Mine Development, LLC* | *Attorneys for Plaintiff Andrew McNicol* |

**IT IS SO ORDERED:**

_C S_ (signature)

UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

DATED: August 27, 2025

###