Esther C. Rodriguez
Nevada State Bar No. 006473
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
esther@rodriguezlaw.com

Travis J. Grefenstette*
Texas State Bar No. 24120866
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100; Fax: (713) 352-3300
tgrefenstette@mybackwages.com

*Pro hac vice pending.*

*Attorneys for McNicol and the Hourly Employees*

Louis M. Bubala III, Nev. Bar No. 8974
**KAEMPFER CROWELL**
50 W. Liberty Street, Suite 1100
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

Ashley Jordaan, Colo. Bar No. 29563
Keith K. Ybanez, Colo. Bar No. 55566
*Admitted Pro Hac Vice*
**HUSCH BLACKWELL**
1801 Wewatta Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 749-7200
Facsimile: (303) 749-7272
E-Mail: Ashley.Jordaan@huschblackwell.com
E-Mail: Keith.Ybanez@huschblackwell.com

*Attorneys for Defendant Small Mine Development, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW MCNICOL, Individually and On Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SMALL MINE DEVELOPMENT, LLC<br><br>Defendant. | **Case No. 3:25-CV-00372-MMD-CSD**<br><br>**STIPULATION AND ORDER TO STAY, TOLL, AND MEDIATE** |

Plaintiff, Andrew McNicol ("McNicol"), individually and on behalf of others similarly situated, and Defendant, Small Mine Development, LLC ("SMD"), pursuant to Federal Rule of Civil Procedure 1 and the Court's equitable power to control its docket, jointly move to stay this case and all pending deadlines for a period of ninety (90) days, to allow the Parties adequate time to exchange informal discovery and engage in mediation in an effort to resolve this case. In support of this Stipulation, the Parties state as follows:

1. McNicol filed his Original Class and Collective Action on July 21, 2025 [ECF No. 1], and his First Amended Original Class and Collective Action (the "Operative Complaint") on September 8, 2025 [ECF No. 19].

2. SMD filed its Answer and Affirmative Defenses to the Operative Complaint on September 22, 2025 [ECF No. 20].

3. On September 23, 2025, the Court issued its Order Setting Video Case Management Conference (the "Order"). [ECF No. 22]. Pursuant to the Order, (i) a video Case Management Conference is set on Monday, November 10, 2025, at 9:00 a.m.; (ii) the Parties were required to meet and confer within twenty (20) days before the Case Management Conference; and (iii) the Parties are to submit a Joint Case Management Report and proposed Discovery Plan and Scheduling Order by November 5, 2025.

4. On October 21, 2025, the Parties conferred pursuant to the Court's Order and Fed. R. Civ. P. 26(f). Per the Order, the Parties discussed the possibility of early resolution and have agreed to participate in mediation with an experienced wage and hour mediator prior to either side incurring additional litigation expenses.

5. The Court has not entered a scheduling order governing this case.

6. To facilitate a productive mediation, the Parties have agreed to informally exchange information and documents relating to the claims asserted in advance of mediation. SMD agrees to provide McNicol with pay data for the putative collective and a 25% sample of relevant time data necessary for mediation at least 30 days prior to mediation. The Parties intend that any document production for purposes of this stay and mediation will be subject to Federal Rule of Evidence 408 and not be offered as evidence in this action.

7. In order to focus their efforts on preparing for and conducting a mediation to attempt to resolve this case in good faith, the Parties respectfully request the Court stay all pending proceedings and deadlines for a period of ninety (90) days, until the matter is either settled, an impasse is declared

by the mediator, or either Party provides notice (via email or letter) to the other of an impasse, whichever is earlier.

8. The Parties' proposed stay of this case and all case deadlines will conserve their resources and serve judicial economy while they work towards a potential resolution of this matter. *See* Fed. R. Civ. P. 1 (indicating the rules "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding").

9. The Parties also request the Court toll McNicol and the Putative Collective Members' applicable statutes of limitations during the requested stay.

10. If the Parties are unable to resolve this matter prior to the end of the requested 90-day stay period, they will notify the Court of this fact within ten (10) days of the end of the stay and will provide the Court with a proposed scheduling order and request to reset the Case Management Conference.

11. This Motion is made in good faith and not for purposes of delay but in the interest of justice and conservation of the Court's and the Parties' resources. Because a proposed discovery plan and scheduling order has not yet been filed, there is not a discovery cut-off date on file for this matter.

WHEREFORE, the Parties respectfully request that the Court grant this Stipulation and enter an order (i) vacating the November 10, 2025, video Case Management Conference; (ii) stay this case and all deadlines for a period of ninety (90) days to allow the Parties to attend mediation; and (iii) equitably toll the FLSA statute of limitations for the putative FLSA Collective Members.

Dated this 4th of November 2025.

| | |
|---|---|
| */s/ Travis J. Grefenstette*<br>Esther C. Rodriguez<br>**RODRIGUEZ LAW OFFICES, P.C.**<br>Nevada State Bar No. 006473<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Tel: (702) 320-8400; Fax: (702) 320-8401<br>esther@rodriguezlaw.com | */s/ Louis M. Bubala III*<br>Louis M. Bubala III, Nev. Bar No. 8974<br>**KAEMPFER CROWELL**<br>50 W. Liberty Street, Suite 1100<br>Reno, Nevada 89501<br>Tel: (775) 852-3900; Fax: (775) 327-2011<br>lbubala@kcnvlaw.com<br><br>Ashley W. Jordaan (*Pro Hac Vice*) |

| | |
|---|---|
| Travis J. Grefenstette (*Pro Hac Vice*) | Colorado Bar No. 29563 |
| Texas State Bar No. 24120866 | Keith Ybanez (*Pro Hac Vice*) |
| **JOSEPHSON DUNLAP LLP** | Colorado Bar No. 55566 |
| 11 Greenway Plaza, Suite 3050 | **HUSCH BLACKWELL LLP** |
| Houston, Texas 77046 | 1801 Wewatta Street, Suite 1000 |
| Tel: (713) 352-1100; Fax: (713) 352-3300 | Denver, Colorado 80202 |
| tgrefenstette@mybackwages.com | Tel: (303) 749-7200; Fax: (303) 749-7272 |
| | Ashley.Jordaan@huschblackwell.com |
| | Keith.Ybanez@huschblackwell.com |
| **ATTORNEYS FOR MCNICOL & THE HOURLY EMPLOYEES** | **ATTORNEYS FOR SMALL MINE DEVELOPMENT, LLC** |

**ORDER**

IT IS SO ORDERED:

_C S &_ (signature)

UNITED STATES MAGISTRATE JUDGE

November 5, 2025
DATE