Esther C. Rodriguez
Nevada State Bar No. 006473
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
esther@rodriguezlaw.com

Travis J. Grefenstette, Tex. Bar No. 24120866
*Admitted Pro Hac Vice*
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100; Fax: (713) 352-3300
tgrefenstette@mybackwages.com
*Admitted Pro Hac Vice*

*Attorneys for McNicol and the Hourly Employees*

Louis M. Bubala III, Nev. Bar No. 8974
**KAEMPFER CROWELL**
50 W. Liberty Street, Suite 1100
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

Ashley Jordaan, Colo. Bar No. 29563
Keith K. Ybanez, Colo. Bar No. 55566
*Admitted Pro Hac Vice*
**HUSCH BLACKWELL**
1801 Wewatta Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 749-7200
Facsimile: (303) 749-7272
E-Mail: Ashley.Jordaan@huschblackwell.com
E-Mail: Keith.Ybanez@huschblackwell.com

*Attorneys for Defendant Small Mine Development, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREW MCNICOL, Individually and On Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SMALL MINE DEVELOPMENT, LLC<br><br>Defendant. | **Case No. 3:25-CV-00372-MMD-CSD**<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER TO STAY, TOLL, AND MEDIATE** |

Plaintiff, Andrew McNicol ("McNicol"), individually and on behalf of others similarly situated, and Defendant, Small Mine Development, LLC ("SMD") (collectively the "Parties"), jointly move this Court to grant this Stipulation to extend the stay this case and all pending deadlines for a period of twenty-four (24) days, until February 27, 2026, to allow the Parties adequate time to attend mediation on February 12, 2026 to resolve this case. In support of this Stipulation, the Parties state as follows:

SECOND STIPULATION TO STAY, TOLL, AND MEDIATE
*McNicol v. Small Mine Development, LLC*
HB: 4898-2931-1112.3

1. McNicol filed his Original Class and Collective Action on July 21, 2025 [ECF No. 1], and his First Amended Original Class and Collective Action (the "Operative Complaint") on September 8, 2025 [ECF No. 19].

2. SMD filed its Answer and Affirmative Defenses to the Operative Complaint on September 22, 2025 [ECF No. 20].

3. On September 23, 2025, the Court issued its Order Setting Video Case Management Conference (the "Order"). [ECF No. 22]. Pursuant to the Order, (i) a video Case Management Conference is set on Monday, November 10, 2025, at 9:00 a.m.; (ii) the Parties were required to meet and confer within twenty (20) days before the Case Management Conference; and (iii) the Parties are to submit a Joint Case Management Report and proposed Discovery Plan and Scheduling Order by November 5, 2025.

4. The Parties agreed to pursue early mediation and on November 4, 2025, filed a Stipulation to Stay, Toll, and Mediate this Case [ECF No. 24].

5. This Court granted the Parties' Stipulation to Stay, Toll, and Mediate this Case, and on November 5, 2025, entered an order granting a stay of the case for 90 days, until February 3, 2026 [ECF No. 25].

6. The Parties scheduled an in-person mediation on February 12, 2026, with an experienced wage and hour mediator, as the first mutually agreeable date between the Parties and the mediator.

7. Because the mediation follows the expiration of the 90-day stay in this case, the Parties propose a brief extension of the stay of this case, tolling period, and all case deadlines to conserve the Parties' and the Court's resources while they work toward a potential resolution of this matter. *See* Fed. R. Civ. P. 1 (the rules "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding").

8. If the Parties are unable to resolve this matter prior to the end of the requested 24-day extension of the stay and tolling period on February 27, 2026, they will notify the Court of

SECOND STIPULATION TO STAY, TOLL, AND MEDIATE
*McNicol v. Small Mine Development, LLC*

HB: 4898-2931-1112.3

this fact within ten (10) days of the end of the stay and will provide the Court with a proposed scheduling order and request to reset the Case Management Conference.

9.    This Motion is made in good faith and not for purposes of delay but in the interest of justice and conservation of the Court's and the Parties' resources. Because a proposed discovery plan and scheduling order has not yet been filed, there is not a discovery cut-off date on file for this matter.

WHEREFORE, the Parties respectfully request that the Court grant this Second Stipulation and enter an order extending the stay of this case and all deadlines for twenty-four (24) days, until February 27, 2026, to allow the Parties to complete mediation; and equitably toll the FLSA statute of limitations for the putative FLSA Collective Members through that date.

Dated this 30th day of January, 2026.

/s/ Travis J. Grefenstette
Esther C. Rodriguez
**RODRIGUEZ LAW OFFICES, P.C.**

Travis J. Grefenstette
**JOSEPHSON DUNLAP LLP**

**ATTORNEYS FOR MCNICOL &
THE HOURLY EMPLOYEES**

/s/ Louis M. Bubala III
Louis M. Bubala III
**KAEMPFER CROWELL**

Ashley W. Jordaan
Keith Ybanez
**HUSCH BLACKWELL LLP**

**ATTORNEYS FOR SMALL MINE
DEVELOPMENT, LLC**

IT IS SO ORDERED:

Craig S. Denney
United States Magistrate Judge

 January 30, 2026
DATE

- 3 -
SECOND STIPULATION TO STAY, TOLL, AND MEDIATE
*McNicol v. Small Mine Development, LLC*
HB: 4898-2931-1112.3