Esther C. Rodriguez
Nevada State Bar No. 006473
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
info@rodriguezlaw.com

Travis J. Grefenstette, Tex. Bar No. 24120866
*Admitted Pro Hac Vice*
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100; Fax: (713) 352-3300
tgrefenstette@mybackwages.com
*Admitted Pro Hac Vice*

*Attorneys for McNicol and the Hourly Employees*

Louis M. Bubala III, Nev. Bar No. 8974
**KAEMPFER CROWELL**
50 W. Liberty Street, Suite 1100
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

Ashley Jordaan, Colo. Bar No. 29563
Keith K. Ybanez, Colo. Bar No. 55566
*Admitted Pro Hac Vice*
**HUSCH BLACKWELL**
1801 Wewatta Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 749-7200
Facsimile: (303) 749-7272
E-Mail: Ashley.Jordaan@huschblackwell.com
E-Mail: Keith.Ybanez@huschblackwell.com

*Attorneys for Defendant Small Mine Development, LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW MCNICOL, Individually and On Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SMALL MINE DEVELOPMENT, LLC<br><br>Defendant. | **Case No. 3:25-CV-00372-MMD-CSD**<br><br>**FIFTH STIPULATION AND ORDER TO STAY AND TOLL** |

Plaintiff, Andrew McNicol ("McNicol"), individually and on behalf of others similarly situated, and Defendant, Small Mine Development, LLC ("SMD") (collectively the "Parties"), jointly move this Court to grant this Stipulation to extend the stay in this case and all pending deadlines until April 27, 2026. In support of this Stipulation, the Parties state as follows:

1.     McNicol filed his Original Class and Collective Action on July 21, 2025 [ECF No. 1], and his First Amended Original Class and Collective Action (the "Operative Complaint") on September 8, 2025 [ECF No. 19].

2.     SMD filed its Answer and Affirmative Defenses to the Operative Complaint on September 22, 2025 [ECF No. 20].

3.     On September 23, 2025, the Court issued its Order Setting Video Case Management Conference (the "Order"). [ECF No. 22]. Pursuant to the Order, (i) a video Case Management Conference is set on Monday, November 10, 2025, at 9:00 a.m.; (ii) the Parties were required to meet and confer within twenty (20) days before the Case Management Conference; and (iii) the Parties are to submit a Joint Case Management Report and proposed Discovery Plan and Scheduling Order by November 5, 2025.

4.     The Parties agreed to pursue early mediation and on November 4, 2025, filed a Stipulation to Stay, Toll, and Mediate this Case [ECF No. 24].

5.     This Court granted the Parties' Stipulation to Stay, Toll, and Mediate this Case, and on November 5, 2025, entered an order granting a stay of the case for 90 days, until February 3, 2026 [ECF No. 25].

6.     The Parties attended an in-person mediation on February 12, 2026, with an experienced wage and hour mediator.

7.     Although the Parties were unable to settle the case at mediation, the Parties have been actively engaged in continuing the exchange of information and negotiations post-mediation.

8.     Because the Parties are continuing their settlement talks in good faith, Parties propose a brief extension of the stay of this case, tolling period, and all case deadlines to conserve the Parties' and the Court's resources while they work toward a potential resolution of this matter. *See* Fed. R. Civ. P. 1 (the rules "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding").

FIFTH STIPULATION TO STAY AND TOLL
*McNicol v. Small Mine Development, LLC*

9.     If the Parties are unable to resolve this matter prior to the end of the requested extension of the stay and tolling period on April 27, 2026, they will notify the Court of this fact within ten (10) days of the end of the stay and will provide the Court with a proposed scheduling order and request to reset the Case Management Conference.

10.     This Motion is made in good faith and not for purposes of delay but in the interest of justice and conservation of the Court's and the Parties' resources. Because a proposed discovery plan and scheduling order has not yet been filed, there is not a discovery cut-off date on file for this matter.

WHEREFORE, the Parties respectfully request that the Court grant this Fifth Stipulation and enter an order extending the stay of this case and all deadlines until April 27, 2026 to allow the Parties to continue settlement negotiations; and equitably toll the FLSA statute of limitations for the putative FLSA Collective Members through that date.

Dated this 6th of April, 2026.

| | |
|---|---|
| */s/ Travis J. Grefenstette* | */s/ Louis M. Bubala III* |
| Esther C. Rodriguez | Louis M. Bubala III |
| **RODRIGUEZ LAW OFFICES, P.C.** | **KAEMPFER CROWELL** |
| | |
| Travis J. Grefenstette | Ashley W. Jordaan |
| **JOSEPHSON DUNLAP LLP** | Keith Ybanez |
| | **HUSCH BLACKWELL LLP** |
| | |
| **ATTORNEYS FOR MCNICOL &** | **ATTORNEYS FOR SMALL MINE** |
| **THE HOURLY EMPLOYEES** | **DEVELOPMENT, LLC** |

IT IS SO ORDERED:



UNITED STATES MAGISTRATE JUDGE

April 6, 2026
DATE

- 3 -
FIFTH STIPULATION TO STAY AND TOLL
*McNicol v. Small Mine Development, LLC*