**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANDREW MCNICOL, individually and on behalf of others similarly situated,

Plaintiffs

v.

SMALL MINE DEVELOPMENT, LLC,

Defendant

Case No.: 3:25-cv-00372-MMD-CSD

**Order**

Re: ECF No. 39

The court approved the parties' stipulation to stay this case through July 20, 2026, while the parties continued to negotiate a settlement following mediation. The order notes that if the parties are unable to resolve the matter prior to that deadline, they would notify the court within 14 days and provide a proposed scheduling order. (ECF No. 39.)

To date, neither a stipulation for dismissal nor a notice to the court regarding the results of the settlement negotiations has been filed.

On or before **November 3, 2026**, the parties shall file a stipulation for dismissal of this action or a status report explaining why the stipulation for dismissal has not been filed and how the parties want to proceed.

**IT IS SO ORDERED**.

Dated: October 20, 2026

Craig S. Denney
United States Magistrate Judge