Esther C. Rodriguez
Nevada State Bar No. 006473
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
info@rodriguezlaw.com

Michael A. Josephson
TX Bar No. 24014780
Andrew W. Dunlap
TX Bar No. 24078444
*Admitted Pro Hac Vice*
**JOSEPHSON DUNLAP LLP**
5847 San Felipe St, Suite 2400
Houston, Texas 77057
Tel: (713) 352-1100; Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com

*Attorneys for McNicol and the Hourly Employees*

Louis M. Bubala III, Nev. Bar No. 8974
**KAEMPFER CROWELL**
50 W. Liberty Street, Suite 1100
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

Ashley Jordaan, Colo. Bar No. 29563
Keith K. Ybanez, Colo. Bar No. 55566
*Admitted Pro Hac Vice*
**HUSCH BLACKWELL**
1801 Wewatta Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 749-7200
Facsimile: (303) 749-7272
E-Mail: Ashley.Jordaan@huschblackwell.com
E-Mail: Keith.Ybanez@huschblackwell.com

*Attorneys for Defendant Small Mine Development, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANDREW MCNICOL, Individually and On Behalf of Others Similarly Situated,

Plaintiff,

v.

SMALL MINE DEVELOPMENT, LLC,

Defendant.

CASE NO. 3:25-CV-00372

**ORDER GRANTING JOINT MOTION FOR ORDER APPROVING SETTLEMENT OF COLLECTIVE ACTION AND AUTHORIZING NOTICE**

After considering Plaintiff McNicol and Defendant Small Mine Development, LLC's Joint Motion for Order Approving Settlement of Collective Action and Authorizing Notice (ECF No. 41) (the "Motion"), and good cause having been shown, IT IS HEREBY ORDERED that the Court

approves the settlement and grants the Motion. Counsel are directed to file a stipulation for dismissal within fifteen (15) days of entry of this Order. Counsel are further directed to file a joint status report by February 16, 2027, advising the Court of the status of settlement administration.

SIGNED on this the 23rd day of November, 2026.

U.S. District Court Judge